UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

RAYON JONES, G35669,

Plaintiff,

v.

KELLEY SANTORO, et al.,

Defendant(s).

Case No. 26-cv-04675-CRB (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On June 8, 2026, the court denied plaintiff's application to proceed in forma pauperis (IFP) in connection with this prisoner action because plaintiff has three or more prior prisoner "strike" dismissals under 28 U.S.C. § 1915(g) and does not appear to be seeking relief from a danger of serious physical injury which was imminent at the time of filing. Under the law of the circuit, the court provided plaintiff 28 days to show cause why § 1915(g) does not bar pauper status for plaintiff and warned plaintiff that "[f]ailure to show cause, or pay the requisite $405.00 filing fee, within the designated time will result in the dismissal of this action without prejudice to bringing it in a new paid complaint." ECF No. 5 at 2.

More than 36 days have passed, and plaintiff has not shown cause, paid the requisite filing fee or sought an extension of time to do so in connection with this action. This action accordingly is DISMISSED without prejudice to bringing it in a new paid complaint.

The clerk is directed to close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: July 16, 2026

CHARLES R. BREYER
United States District Judge